**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 23-CR-00273-01-DGK |
| | ) | |
| SEAN WALTER TONKIN, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION</u>

On June 30, 2026, the Honorable Magistrate Judge W. Brian Gaddy entered a Report and Recommendation that Defendant Sean Walter Tonkin remains incompetent to stand trial and that the Court should order further evaluation and continued commitment. ECF No. 50. Neither party filed an objection to the Report and Recommendation.

After an independent, de novo review of the record and applicable law, the Court ADOPTS the Report and Recommendation of Judge Gaddy in its entirety, and the Court finds that Defendant remains incompetent and there is not a substantial probability that in the foreseeable future Defendant will attain the capacity to permit the proceedings to go forward.

It is further ORDERED that:

(1) pursuant to 18 U.S.C. §§ 4246(b) and 4247(b), Defendant shall undergo a psychiatric or psychological examination, conducted by a licensed or certified psychiatrist or psychologist employed by MCFP – Springfield, to determine whether Defendant is presently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another;

(2) Defendant's commitment to the custody of the Attorney General is continued for a

period of forty-five days, unless that time is extended for an additional period of time not to exceed thirty days upon a showing of good cause that the additional time is necessary to observe, evaluate, and examine Defendant; and

(3) the examining psychiatrist or psychologist shall promptly prepare a report for filing with the Court.

**IT IS SO ORDERED.**

Date:  July 28, 2026

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

2